U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED SEP -5 2024
CLERK

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR
### KNOWING CONVERSION OF GOVERNMENT FUNDS AND
### <u>NOTICE OF FORFEITURE</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| | : | |
| *versus* | : | 18 U.S.C. § 641 |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 21 U.S.C. § 853(p) |
| GERNESIA WILLIAMS | : | 28 U.S.C. § 2461 |

**<u>THE UNITED STATES ATTORNEY CHARGES</u>:**

From in or around April 2020, and continuing through at least in or around January 2023, in the Middle District of Louisiana and elsewhere, **GERNESIA WILLIAMS**, defendant herein, as part of a single continuing scheme involving Economic Injury Disaster Loan funds administered by the United States Small Business Administration ("SBA"), did knowingly and willfully convert to her own use, United States government funds in excess of $1,000, with the intent to deprive the SBA of the use and benefit of the funds and to use the funds for an unauthorized purpose.

The above is a violation of Title 18, United States Code, Section 641.

### <u>NOTICE OF FORFEITURE</u>

Upon conviction of the sole count in this Bill of Information, **GERNESIA WILLIAMS**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, all

property, real and personal, that constitutes or is derived from proceeds traceable to the offense. If any of the forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property, pursuant to Title 21, United States Code, Section 853(p), in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, by

DATE: 9/5/24

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

BEN WALLACE
ASSISTANT UNITED STATES ATTORNEY

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge

County/Parish: East Baton Rouge

*Investigating Agency: FBI

*Agent: Jordan Anderson

**Matter to be sealed:** ☐ Yes  ☑ No

Related Case Information:

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Gernesia Williams

Alias: _____

Address: _____

Birthdate: _____ SS #: _____ Sex: ____ Race: _____ Nationality: _____

**U.S. Attorney Information:**

AUSA: Ben Wallace                     Bar #: LBN 39516

Interpreter: ☐ Yes  ☑ No     List language and/or dialect: _____

**Location Status:**

Arrest Date _____   Not in Custody
              _____   Already in Federal Custody as of
              _____   Already in State Custody
              _____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

| Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18 U.S.C. § 641 | Knowing Conversion of Government Funds | 1 | F |

(May be continued on second sheet)

Date: 09/05/24     Signature of AUSA: /s/ Ben