UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

| UNITED STATES OF AMERICA | Criminal Action 24-75-BAJ-RLB |
|---|---|
| -vs- | |
| GERNESIA WILLIAMS | AUSA: Benjamin Wallace<br>Dft. Atty.: J. Chris Dippel Jr. |
| **JUDGE:** Richard L. Bourgeois, Jr. | **DATE:** October 8, 2024 |
| **DEPUTY CLERK:** Samantha O'Neill | **REPORTER/COURTROOM:** FTR GOLD/CTRM 6 |
| **INTERPRETER:** | **PRETRIAL/PROBATION:** Chasity Byrd |

**CLERK'S MINUTES**
**INITIAL APPEARANCE AND BOND HEARING**

Chris Dippel made an appearance as appointed counsel on behalf of the defendant.

The defendant was sworn, advised of her rights and the purpose of this hearing.

The Court noted that counsel was previously appointed to represent the defendant.

The defendant was informed of the charges pending against her in the Bill of Information and noted a Waiver of Indictment has been filed.

The Court noted that this matter is ready to be scheduled for a Re-Arraignment in light of the Notice of Intent to Enter Plea. (R. Doc. 5).

The government did not move for detention.

The defendant was advised of the standard and special conditions of release, as well as the consequences of violating those conditions.

The Order Setting Conditions of Release was signed and filed.

The parties were advised that, pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but

C;Cr7: T:00:12
C;Cr23: T:00:11

**not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. This oral order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure.**

    **The defendant was released on her personal recognizance with conditions.**

C;Cr7: T:00:12
C;Cr23: T:00:11